|  |  |
|---|---|
| ZAIID WALKER, | 1:18-cv-01445 GSA (PC) |
| Plaintiff, | **ORDER STRIKING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS FOR LACK OF SIGNATURE (ECF No. 2.)** |
| v. | |
| STUART SHERMAN, et al., | **ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS BEARING PLAINTIFF'S SIGNATURE OR PAY FILING FEE, WITHIN 30 DAYS** |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On October 19, 2018, Plaintiff filed the Complaint commencing this action, together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, Plaintiff's application to proceed *in forma pauperis* was not signed. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, the application will be stricken from the record for lack of signature.

Plaintiff shall be granted thirty days in which to file a new application to proceed *in forma pauperis* bearing his signature, or in the alternative, to pay the $400.00 filing fee in full for this case.

1

Accordingly, IT IS HEREBY ORDERED that :

1. Plaintiff's application to proceed *in forma pauperis*, submitted on October 19, 2018, is STRICKEN from the record for lack of Plaintiff's signature;

2. Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in *forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee in full for this action; and

3. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **October 25, 2018**               **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE